# LAROCCA HORNIK ROSEN & GREENBERG LLP

COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732.409.1144
732.409.0350 FAX

FRANK J. LAROCCA †
JONATHAN L. HORNIK
LAWRENCE S. ROSEN
ROSE GREENBERG §
AMY D. CARLIN ∆
PATRICK T. MCPARTLAND §
DAVID N. KITTREDGE ∆
JONATHAN E. BALL §
JARED E. BLUMETTI
KATELYN CANNING
FLORENCE R. GOFFMAN ∆
SHERRY HAMILTON §
PETER KELEGIAN ∆
DREW TANNER §
LAUREN WEISSMAN TAUB

§ NEW YORK BAR ONLY
† NEW JERSEY BAR ONLY
∆ OF COUNSEL – ADMITTED
◊ CERTIFIED MATRIMONIAL LAW ATTORNEY

DIRECT DIAL: 212.530.4837
EMAIL: PMCPARTLAND@LHRGB.COM

November 13, 2019

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re:  Lawrence Young v. 21 Rector St LLC
     Civil Action No. 19-cv-08430 (JGK)

Dear Judge Koeltl:

We represent defendant 21 Rector St LLC ("21 Rector St") in the above-referenced action. We are writing, pursuant to Section 1(E) of Your Honor's Individual Practice Rules, to request that (1) 21 Rector St's time to answer, move, or otherwise respond to the Complaint be extended to December 13, 2019, and (2) the initial conference, currently scheduled for November 18, 2019, be adjourned to a date convenient to the Court in January 2020.

The reason for this request is that the parties are attempting to resolve this matter without the necessity for court intervention and require additional time to do so.

There have been no prior requests to adjourn the initial conference or to extend defendant's time to respond to the complaint. Plaintiff's counsel has consented to this request.

Respectfully submitted,

Patrick McPartland

cc:  Darryn G. Solotoff, Esq. (via ECF)

---

*Handwritten annotations by the Court:*

1. Time to respond to the Complaint extended to 12/13/19.
2. Initial conference adjourned to 1/17/20 at 4:30 p.m.

So ordered.
John G. Koeltl, U.S.D.J.
11/15/19

11-15-19