# LaRocca Hornik Rosen & Greenberg LLP

## COUNSELORS AT LAW

The Trump Building
40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 fax

Frank J. LaRocca
Jonathan I. Hornik
Lawrence S. Rosen
Rose Greenberg
Amy D. Carlin
Patrick T. McPartland
David N. Kittredge
Jonathan F. Ball
Jared E. Blumetti
Kaitlyn Canning
Florence R. Goffman
Sherry Hamilton
Peter Keegian
Drew Tanner
Lauren Weissman-Fals

Freehold Commons
83 South Street
3rd Floor
Freehold, NJ 07728
732.409.1144
732.409.0350 fax

△ New York Bar Only
† New Jersey Bar Only
◊ Of Counsel Attorneys
» Certified Matrimonial Law Attorneys

DIRECT DIAL: 212.530.4837
EMAIL: PMCPARTLAND@LHRGB.COM

*[Stamped:]* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 12/11/2019

December 11, 2019

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

*[Handwritten:]* Time to respond to the complaint extended to January 13, 2020. Conference adjourned to Tuesday, February 4, 2020, at 4:30 pm.

SO ORDERED.
/s/ Koeltl
12/11/19
USDJ

Re: Lawrence Young v. 21 Rector St LLC
Civil Action No. 19-cv-08430 (JGK)

Dear Judge Koeltl:

We represent defendant 21 Rector St LLC ("21 Rector St") in the above-referenced action. We are writing, pursuant to Section 1(E) of Your Honor's Individual Practice Rules, to request that (1) 21 Rector St's time to answer, move, or otherwise respond to the Complaint be extended to January 13, 2019, and (2) the initial conference, currently scheduled for January 13, 2019, be adjourned to a date convenient to the Court in February 2020.

The reason for this request is that the parties are continuing with negotiations to resolve this matter without the necessity for court intervention and require additional time to do so.

There has been one prior request to adjourn the initial conference and to extend defendant's time to respond to the complaint that was granted by the Court. Plaintiff's counsel has consented to this request.

Respectfully submitted,

Patrick McPartland

cc: Darryn G. Solotoff, Esq. (via ECF)

L:\18795.01\Correspondence\Judge Koeltl Ltr 12-11-19.docx